```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

GLENDA MACHUCA o/b/o          :
M.C., a minor,
    Plaintiff             :

    vs.                   :   CIVIL NO. 1:CV-06-1312

MICHAEL J. ASTRUE,            :      (Judge Caldwell)
Commissioner of Social
Security,                     :   (Magistrate Judge Mannion)
    Defendant

## O R D E R

AND NOW, this 12th day of September, 2007, upon consideration of the report and recommendation (doc. 11) filed by Magistrate Judge Mannion on August 14, 2007, to which no objections have been filed, and upon independent review of the record, it is ordered that the report is approved and accepted. Pursuant to the Magistrate Judge's recommendation, it is Ordered that the Plaintiff's appeal is denied.

    The Clerk of Court shall close this file.

                                        /s/William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge